IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP GAY, #109431, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )  CASE NO. 2:07-CV-164-WHA |
| | ) |
| RALPH HOOKS, et al., | ) |
| | ) |
|     Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 28th day of February, 2007.

                                      /s/ Wallace Capel, Jr.
                                WALLACE CAPEL, JR.
                                UNITED STATES MAGISTRATE JUDGE