IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP GAY, #109431, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  CASE NO. 2:07-CV-164-WHA |
| | ) |
| RALPH HOOKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the claims presented in the instant petition for habeas corpus relief, and as such claims challenge separate and distinct actions undertaken by the Circuit Court of Coffee County, Alabama, it is

ORDERED that on or before March 14, 2007 the petitioner shall file an amended petition for habeas corpus relief which presents only claims relevant to the denial of his motion for reconsideration of sentence filed under *Ala. Code* § 13A-5-9.1. The petitioner is advised that if he fails to file an amended petition in compliance with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 28th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL
UNITED STATES MAGISTRATE JUDGE