UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

PHILLIP GAY, #109431 )
    Petitioner, )
  ) CASE NO.: 1:07-cv-2864-AWHA
vs. )
  )
RALPH HOOKS, Warden, et al: )
    Respondent(s). )

RECEIVED
2008 JUL 28 A 10:44
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PETITIONER'S OBJECTION(S) TO
MAGISTRATE JUDGE'S RECOMMENDATION

    Comes now the Petitioner, Phillip Gay, pro se and enters his Objection(s) to the Magistrate-Judge's Recommendation(s), dated July 16,2008, in the above-styled cause; and in support thereof states the following:

  1. The petitioner claim(s) persented in the 28 USC §2254 habeas corpus petition, alleging"that, He has been improperly and arbitrarily denied relief from the Life without Parole sentence under §13A-5-9.1 of Ala.Crim.Code(Acts 2001)", clearly presents a claim based upon the Fourteenth Amendment's Due Process and Equal Protection of Law. (Magistrate-Judge's Report,pp. 2-6; hereafter referred to as "MJR"). The State Court Judge's interpretation of §13A-5-9.1, in denying the petitioner's motion for reconsideration of sentence, is arbitrary to clearly established State law, as decided in Kirby v. State, 899 S o.2d 968(Ala.2004). In, Holt v. State,CR-04-1250, (Ala.Crim.App.,December 23,2005), 2005 WL 3507967, the Alabama Court of Criminal Appeals held: " The fact that a crime is defined as a 'violent offense' under §13A-11-70 and/or §12-25-32,....., is not binding on a Circuit Court in determining whether an inmate is a 'non-violent convicted offender' within the language of §13A-5-9.1". Id.

  The Court of Criminal Appeals further held" The fact that the inmate's underlying conviction was for an offense statutorily defined as a 'violent offense', does not preclude a Circuit Court from considering other factors presented to it, such as the facts and circumstances surrounding the underlying offense, the facts and circumstances surrounding the inmate's prior convictions, the inmate's prison record, and any 'other factors brought before the judge in the record of the case'." Id.

    Note:   In the instant case, the "reviewing-judge" failed to require the District Attorney to respond to the proper motion for reconsideration of sentence and further failed to conduct and evidentiary hearing to determine the fact(s) surrounding the petitioner's case. Contra.,Holt v. State, supra.

  The petitioner's rights of Due Process was clearly violated by the "reviewing-judge's" summary dismissal of the proper §13A-5-9.1 motion. Accord, U.S. ex.rel.-Arnold v. Illinois Prisoner Review Board(N.D.Ill.1992) 803 F.Supp.222,224-226.

(cont.)

2. The Magistrate-Judge, in his conclusion "that, the petitioner has not adequately presented an Equal Protection claim", has failed to require the Respondent(s) to respond to the §2254 habeas corpus petition. (MJR,pp.4-6). Had the Magistrate-Judge required the respondent(s) to respond to the petitioner's claim(s) for relief, the petitioner possessed sufficient evidence "in the form of record(s)" to support his Equal Protection Claim; where the State of Alabama has afforded relief to other inmate(s) under the exact same set of facts as which the reviewing-judge denied the petitioner's §13A-5-9.1 motion. (See: Petitioner's Exhibit A, attached).

As a matter of record, the State of Alabama does not "uniformly" deny the reduction of sentence(s) of Life without Parole and Release on Parole, to all prisoners convicted for violent-offenses and cannot juwtify the denial of the petitioner's §13A-5-9.1 motion for reconsideration of sentence. Acco rd, Moseley v. Klincar, 711 F.Supp.463,465(N.D.Ill.1989).

The petitioner sets forth specific facts to support his claim of violation of Equal Protection of Law. Moseley,supra.

WHEREFORE, premises considered, Petitioner moves the District Court to: 1) OVERRULE the Magistrate-Judge's Report and Recommendation for dismissal, 2) Issue Order "that further proceedings be conducted on the §2254 petition as required by law, and 3) Proceed to appoint counsel to represent the petitioner on the §2254 petition.

Submitted by:

Note:
Prepared with the assiatance of layperson.

_____
PHILLIP GAY
Petitioner Pro Se
AIS NO.: 109431
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146-5582

Certificate of Service

I hereby certify that a copy of the foregoing has beeb served upon the Respondent(s), on this the 23rd day of July,2008; by depositing in the United States Mail, postage prepaid, correctly addressed, to:

Troy King, Attorney General
Office of Attorney General
State of Alabama
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130-0152

_____
PHILLIP GAY
Petitioner Pro Se

PHILLIP GAY # 109431

[ J-16-2A ]
1000 St. Clair Road
Springville, AL 35146-5582



This correspondence is forwarded
an Alabama State Pr...
not been eval...
artment of Co...
the substance
communication.

CLERK, UNITED STATES DISTRICT COURT
Federal Courthouse [ 1;07-CV-164-WHA ]
P.O. Box 711
Montgomery, AL 36101-0711

# Inmates That Have Received Sentence Reductions Under 13A-5-9.1
## *ExParte Kirby,*

| Name | Conviction | County | Case No. |
|---|---|---|---|
| 1. Terry McLester | 1st Robbery | Houston | CC 81-881.61 |
| 2. Ronnie Wabbington | 1st Robbery | Jefferson | |
| 3. Johnny Holley, Jr. | 1st Robbery | Tuscaloosa | CC 80-102.69 |
| 4. John Bratton | 1st Robbery | Tuscaloosa | CC 95-670 |
| 5. William Holt | 1st Robbery | Jackson | CC 87-443 |
| 6. James Hopson | 1st Robbery | Jefferson | CC 92-4936 |
| 7. Billy Helms | 1st Robbery | Houston | |
| 8. Dwain Daniel | 1st Robbery | Jefferson | CC 94-3408 |
| 9. Alvin Daniels | 1st Robbery | Jefferson | CC 91-1817 |
| 10. Samuel Thompson | 1st Robbery | Jefferson | CC 84-1480 |
| 11. Larry Gardner | 1st Robbery | Autauga | CC 82-132 |
| 12. William Gates | 1st Robbery | Montgomery | |
| 13. Willie Brewer | 1st Robbery | Houston | CC 86-696 |
| 14. Darren Caudle | 1st Robbery | Madison | CC 92-572 |
| 15. William Sanders | 1st Robbery | Jefferson | |
| 16. Jeff Bell/Fawaad | 1st Robbery | Jefferson | |
| 17. Jimmy Childers | 1st Burglary | Jefferson | CC 96-5183 |
| 18. Jerald Sanders | 1st Burglary | Mobile | CC 94-3224 |
| 19. Junior Kirby | 1st Trafficking | Jackson | CC 89-252 |
| 20. Rex Norris | 1st Trafficking | Jefferson | CC 93-786 |
| 21. Napoleon Mason | 1st Trafficking | Jefferson | |
| 22. Donnie Phillips | 1st Trafficking | Jefferson | CC 99-625.61 |
| 23. Daryl Lewis | 1st Trafficking | Tuscaloosa | CC 99-62 |
| 24. Theon Williams | 1st Trafficking | Jefferson | |
| 25. Darrell Wilson | 1st Trafficking | Jefferson | |
| 26. William Bonner | 1st Trafficking | Tuscaloosa | CC 91-2048 |
| 27. Michael Peek | 1st Trafficking | Macon | CC 98-100 |
| 28 Raymond Smith | 1st Robbery | Houston | CC 91-314 |
| 29. Mabra Wright, Jr. | 1st Burglary/Sex. Abuse | Covington | CC 97-169 |
| 30. Vernon McElroy | 1st Trafficking | Etowah | CC 91-281 |
| 31. LaTerrance Williams | 1st Trafficking | Tuscaloosa | |
| 32. Douglas Gray | 1st Trafficking | Morgan | |
| 33. Richard Wiley | 1st Escape | Elmore | CC 95-278 |
| 34. Louis Johnson | 1st Robbery | Jefferson | CC81-682 |
| 35. Ontourus Porter | 1st Trafficking | Jefferson | CC98-4275 |
| 36. Willie Walker | 1st Robbery | Jefferson | CC86-1191 |
| 37. Harlin P. Seritt | 1st Robbery | Jefferson | CC80-1497 |
| 38. Willie Toyer | 1st Trafficking | Jefferson | CC97-5492 |

| | | | |
|---|---|---|---|
| 39. Stephen Shamburger | 1st Robbery | Jefferson | |
| 40. Larry Hardy | 1st Robbery | Jefferson | |
| 41. Anthony Sledge | 1st Robbery | Madison | CC93-0875 |
| 42. David Naismith | 1st Robbery | Houston | |
| 43. Edward Earl Watts | 1st Burglary | Mobile | CC85-2312 |
| 44. Edward Penn | 1st Robbery | Jefferson | CC85-667 |
| 45. James Henry | 1st Robbery | Jefferson | CC92-4233 |
| 46. William Brown | 1st Robbery | | |
| 47. Rayford Rancher | 1st Robbery | Jefferson | |
| 48. Dedrick Wright | 1st Trafficking | Jefferson | |
| 49. James R. Edwards | Murder | Houston | CC82-85 |
| 50. Charles Woodson | Attempted Murder | Crenshaw | CC99-36&37 |
| 51. Ronald Box | 1st Trafficking | Jefferson | |
| 52. Gates Pritchett | 1st Robbery | Jefferson | CC86-2463 |
| 53. Zonnie Weaver | 1st Burglary | Mobile | |
| 54. Derek Jenkins | 1st Robbery | Montgomery | |
| 55. John Paul Rice | 1st Robbery | Baldwin | |
| 56. Charles McComb | 1st Trafficking | Jefferson | |
| 57. John Allen Bratton | 1st Robbery | Jefferson | CC95-670 |
| 58. Jerry Corbin | 1st Robbery | Jefferson | |
| 59. Earnest Doster | 1st Robbery | Houston | CC94-140 |
| 60. Paul Staubs | 1st Robbery | Houston | |
| 61. Bill Mardis | 1st Robbery | Montgomery | |
| 62. Jimmy Burroughs | 1st Robbery | Marshall | CC89-048 |
| 63. Lacey Butler | 1st Rape & 1st Robbery | Autauga | CC84-160 |
| 64. Anthony Heulett | 1st Rape & 1st Sodomy | Madison | CC92-397 |
| 65. Kenneth Hayes | 1st Trafficking | Hamilton | CC97-122 |