IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP GAY, #109431, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 1:07cv164-WHA |
| | ) |
| RALPH HOOKS, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #8) and Petitioner's objection (Doc. #9). Following an independent evaluation and *de novo* review of this case, the court finds Petitioner's objection to be without merit, and it is hereby overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the 28 U.S.C. § 2254 petition for habeas corpus relief is DENIED, and this case is DISMISSED with prejudice.

DONE this 8th day of September, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE